1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TYREE ROWE, | ) | NO. CV 10-8233-SVW(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| | ) | |
| FRANCISCO J. QUINTANA, ET AL., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Respondents. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and the
3 Judgment herein by United States mail on Petitioner and counsel for
4 Respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

8    DATED: May 10, 2012.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE