# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE ROWE, ) | NO. CV 10-8233-SVW(E) |
| ) | |
|     Petitioner, ) | |
| ) | |
|  v. ) | JUDGMENT |
| ) | |
| FRANCISCO J. QUINTANA, ) | |
| ET AL., ) | |
| ) | |
|     Respondents. ) | |
| _____) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

    DATED:  May 10, 2012.

                           /s/ Stephen V. Wilson
                       _____
                            STEPHEN V. WILSON
                        UNITED STATES DISTRICT JUDGE